# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

CHARLES WILLIAM RAY,

    Petitioner,

v.

WARDEN RICARDO MARTINEZ,

    Respondent.

**JUDGMENT IN A CIVIL CASE**

Case No.: 08-cv-080-bbc

---

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against respondent.

THERESA M. OWENS

Theresa M. Owens, Clerk

by Deputy Clerk

4/7/08
Date

Copy of this document has been provided to: _____
this ___ day of ___, 20__
by _____
M. Hardin, Secretary to Judge John C. Shabaz